UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: American Honda Motor Co., Inc.,
CR-V Vibration Marketing and Sales
Practices Litigation,

                                        Case No. 2:15-md-2661
                                        Judge Michael H. Watson
                                        Magistrate Judge Elizabeth P. Deavers

This document relates to: **ALL CASES**.


## PRETRIAL ORDER NO. 9: ORDER MEMORIALIZING JULY 6, 2016 TELEPHONE CONFERENCE

The Court held a telephone conference in this matter on July 6, 2016. This Order memorializes the results of the conference as follows:

The parties informed the Court that discovery is progressing. Honda intends to supplement both its document production and its responses to Plaintiffs' First Set of Interrogatories. Plaintiffs intend to serve their responses to Honda's First Set of Interrogatories and Document Requests on July 12, 2016. The parties also raised a dispute concerning the deposition notice Plaintiffs served on Honda pursuant to Federal Rule of Civil Procedure 30(b)(6). The parties expressed their intention to meet and confer in an effort to resolve the dispute extrajudicially. Honda informed the Court that it had completed the

inspections of the vehicles belonging to Plaintiffs Beaulieu, Cushing, and Matiscik and that it does not, at this juncture, request to inspect and test any additional vehicles.

The parties also discussed the status of the pending motions and confirmed the briefing schedule deadlines. The Court advised that it had granted Honda's Motion for Leave to File its Reply in Support of its Motion to Dismiss under seal.

Finally, the parties advised that they remain on track to engage in settlement discussions later this summer, specifically, late July or early August. They anticipate beginning these negotiations informally among themselves and then engaging a private mediator if necessary. The Court informed the parties that it was willing to assist them with their attempts to resolve the case.

The next status conference will take place on **Wednesday, August 10, 2016 at 2:00 p.m. EDT** via telephone. The parties shall email a list of participants and their email addresses to the Court at Watson_chambers@ohsd.uscourts.gov. The Court will issue via email the conference call-in information. As set forth in the Court's October 19, 2015 Case Management Order, the parties are **DIRECTED** to confer prior to the status conference and file with the Court, no later than two business days prior to the conference, a joint agenda of issues to be addressed. Additionally, the Court directs the parties to confer regarding the potential for settlement prior to every

status conference and to be prepared to update the Court as to the status of settlement negotiations at the time of each status conference.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**

_____
**ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**