UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re: American Honda Motor Co., Inc.,
CR-V Vibration Marketing and Sales
Practices Litigation.**

Case No. 2:15–md–2661

Judge Michael H. Watson
Magistrate Judge Deavers

**This document relates to: ALL CASES.**

## PRETRIAL ORDER NO. 10: ORDER MEMORIALIZING AUGUST 8, 2016 TELEPHONE CONFERENCE

The Court held a telephone conference in this matter on August 8, 2016. This Order memorializes the results of the conference as follows:

The parties informed the Court of their intention to conduct in-person settlement discussions during the week of August 31, 2016. The parties shall inform the Court of the confirmed date for such discussions.

The parties informed the Court that Defendant has completed inspections of three of Plaintiffs' vehicles and intends to discuss the results of those inspections during the upcoming settlement discussions.

The parties confirmed that they agreed to postpone the Federal Rule of Civil Procedure 30(b)(6) deposition of Defendant to instead focus on settlement efforts.

The Court will address the potential for adjusting the discovery and litigation schedule during the next status conference.

The next status conference will take place on **Monday, September 12, 2016 at 2:00 p.m. EST** via telephone. The parties shall email a list of participants and their email addresses to the Court at Watson_chambers@ohsd.uscourts.gov. The Court will issue via email the conference call-in information. As set forth in the Court's October 19, 2015 Case Management Order, the parties are **DIRECTED** to confer prior to the status conference and file with the Court, no later than two business days prior to the conference, a joint agenda of issues to be addressed.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**