UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: American Honda Motor Co., Inc.,
CR-V Vibration Marketing and Sales
Practices Litigation,

Case No. 2:15-md-2661
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

## ORDER

Pursuant to Pretrial Order Number 16, the parties were to file a joint motion for settlement approval by July 21, 2017. The Court twice extended that deadline pursuant to different telephone status conferences, but, to date, no motion for settlement approval has been filed. Accordingly, the Court will hold an in-person status conference on this case on **Wednesday, October 18, 2017 at 2:00 p.m.** in Courtroom 3 of the Joseph P. Kinneary U.S. Courthouse. The following attorneys are **REQUIRED** to attend the in-person conference: Livia Kiser and Michael Mallow for Defendant, co-lead counsel for Plaintiffs, Eric Gibbs and David Stein, and liaison counsel, Mark Troutman, Gregory Travalio, and Shawn Judge.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT