# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: American Honda Motor Co., Inc., CR-V Vibration Marketing and Sales Practices Litigation,<br><br>This document relates to:  ALL CASES | Case No.     2:15-md-2661<br><br>Judge Michael H. Watson<br>Chief Magistrate Judge Deavers |

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 17, 2017 (ECF No. 90), Plaintiffs and American Honda Motor Co., Inc. ("AHM") jointly report as follows:

1. The parties have continued to work on the exhibits to the settlement agreement. Over the past several weeks, the parties were able to finalize several of the exhibits, about which they previously reported to the Court.  The parties continue to work expeditiously on the remaining papers.

2. Once all of the documents are finalized, the parties will finalize and circulate the Settlement Agreement for signatures and will finalize the preliminary approval papers. Accordingly, if the parties can finalize the documents by November 22, 2017, the parties expect that will provide enough time to file the preliminary approval motion before the in-person conference on December 7, 2017.

Respectfully submitted,

/s/ *Mark H. Troutman*
Mark H. Troutman (0076390)
Gregory M. Travalio (0000855)
Shawn K. Judge (0069493)

1

**ISAAC WILES BURKHOLDER & TEETOR LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Telephone: (614) 221-2121
Facsimile: (614) 365-9516
mtroutman@isaacwiles.com
gtravalio@isaacwiles.com
sjudge@isaacwiles.com

*Liaison Counsel*

Eric H. Gibbs (*pro hac vice*)
David Stein (*pro hac vice*)
Amy Zeman (*pro hac vice*)
**GIBBS LAW GROUP LLP**
One Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com

*Interim Lead Counsel*


*Liv Kiser* (per email authority on 11/17/17)
Michael L. Mallow (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Avenue, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
mmallow@sidley.com

Livia M. Kiser (*pro hac vice*)
J. Simone Jones (*pro hac vice*)
Daniel A. Spira (*pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
lkiser@sidley.com
simone.jones@sidley.com
dspira@sidley.com

James A. Wilson (0030704)
**VORYS, SATER, SEYMOUR & PEASE**

52 East Gay Street<br>
P.O. Box 1008<br>
Columbus, Ohio 43216<br>
Telephone: (614) 464-5606<br>
Facsimile: (614) 719-5039<br>
jawilson@vorys.com

*Attorneys for Defendant*
*American Honda Motor Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark H. Troutman*
Mark H. Troutman (0076390)
*Liaison Counsel*